**PARKER LAW FIRM, P.L.C.**
ATTORNEYS AT LAW
141 E. Palm Lane, Suite 111 • Phoenix, Arizona 85004
P.O. Box 63098 • Phoenix, Arizona 85082-3098
Telephone: (602) 257-8100 • Facsimile: (602) 257-8110
John D. Parker, II #015955
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEIA J. THOMPSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALISADES COLLECTION, L.L.C., a New Jersey limited liability company; PRESSLER & PRESSLER, L.P., a New York limited liability partnership<br><br>Defendants. | No. 2:08-CV-01810<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(A) |

Plaintiff, Leia J. Thompson, by and through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), hereby gives notice of its voluntary dismissal of this action.

DATED this 26th day of February, 2009.

PARKER LAW FIRM, P.L.C.

By: /s/ John D. Parker, II
John D. Parker, II
P.O. Box 63098
Phoenix, AZ  85082-3098
Attorneys for Plaintiff

K:\1493\081284\NOD.wpd